# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESPEN TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-266-MN |
| | ) |
| YJB LED, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

| POTTER ANDERSON & CORROON LLP | DEVLIN LAW FIRM LLC |
|---|---|
| By: */s/ Philip A. Rovner* | By: */s/ Timothy Devlin* |
|    Philip A. Rovner (#3215) |    Timothy Devlin (#4241) |
|    Jonathan A. Choa (#5319) |    1526 Gilpin Ave. |
|    Hercules Plaza |    Wilmington, DE 19806 |
|    P.O. Box 951 |    302-449-9011 |
|    Wilmington, DE 19899-0951 |    tdevlin@devlinlawfirm.com |
|    (302) 984-6000 | |
|    provner@potteranderson.com | OF COUNSEL: |
|    jchoa@potteranderson.com | |
| | Cook Alciati |
| OF COUNSEL: | GARDELLA GRACE |
| | 80 M Street SE, 1st Floor |
| Lester Julian Savit | Washington, DC 20003 |
| Paul Y. Feng | (703) 556-9600 |
| ONE LLP | |
| 4000 MacArthur Boulevard | *Attorneys for Defendant* |
| East Tower, Suite 500 | *YJB LED, Inc.* |
| Newport Beach, CA 92660 | |
| (949) 502-2870 | |
| | |
| *Attorneys for Plaintiff* | |
| *Espen Technology, Inc.* | |

6310754